## STATEMENT OF FACTS IN SUPPORT OF A COMPLAINT

On January 13, 2018, a 13-year-old child who had been reported as missing by her mother from Montgomery County, MD was located in Washington, D.C. by the Metropolitan Police Department (MPD).  SA Calvillo of the Federal Bureau of Investigation (FBI) Child Exploitation Task Force was notified by MPD of the child's recovery and assisted in the child's interview.

The child, hereinafter "MINOR VICTIM," had been missing since January 11, 2018 from Silver Spring, MD, and her mother, hereinafter "CS," had reported her missing to the Montgomery County Police Department.  CS reported that she believed MINOR VICTIM was in the company of a 30-year-old male, who was later identified as the defendant, JOSHUA PAUL-MARTIN PRINCE, hereinafter "PRINCE."

MPD officers located MINOR VICTIM at a Subway restaurant in the Cleveland Park neighborhood in Washington, D.C., on January 13, 2018.  She was there in the company of PRINCE.  MPD officers transported MINOR VICTIM to MPD Youth Division for an interview. PRINCE was separately and voluntarily transported to MPD Youth Division for an interview.

During the course of her interview, MINOR VICTIM disclosed that she met PRINCE online through an online dating application known as "Tinder," and that PRINCE had engaged in sexual intercourse with her on more than one occasion.  MINOR VICTIM did not disclose all of the exact locations in which she and PRINCE had engaged in sexual acts, but she was able to provide the location of where they last had engaged in sexual acts in Arlington, VA.   MINOR VICTIM reported that the last time that PRINCE had engaged in sexual acts with her was on January 12, 2018.   At the time of the interview, MINOR VICTIM believed she had been

1

impregnated by PRINCE.  MINOR VICTIM disclosed that PRINCE had engaged in sexual acts with her at four different locations.  The first location was in a bathroom in her apartment building in Maryland, the second time was in the woods in Rockville, MD, the third time was in what MINOR VICTIM described as a "room with the pipes," which was later identified to be an apartment complex in Washington, D.C., and the fourth time was in a basement bathroom in an apartment in Virginia.

MINOR VICTIM indicated that, prior to January 13, 2018, the day she was recovered at the Subway restaurant in D.C., she had been staying in the bathroom of an apartment in building in Virginia with PRINCE where the two had engaged in sex acts.  On the day she was recovered, MINOR VICTIM had taken a bus and then the train into D.C. from Virginia with PRINCE. MINOR VICTIM stated that they had taken the train to the city so that PRINCE could meet his drug dealer, and that the two made several stops along the way, culminating in the stop at the Subway restaurant where they were located by police.  MINOR VICTIM reported that at the Subway restaurant, PRINCE had used heroin in the bathroom immediately prior to the police arriving and that she had to assist him as he was "passed out."  MINOR VICTIM stated that PRINCE had indicated he knew police would come for him as a result of his relationship with MINOR VICTIM.  MINOR VICTIM reported that, though she initially told PRINCE she was 18 years old, her mother subsequently informed him that she was actually 13 years old approximately one month before they were located at the Subway restaurant.

PRINCE was interviewed by MPD Detectives on January 13, 2018, and he corroborated that he met MINOR VICTIM online through Tinder, but stated that he thought she was 18 years old.  PRINCE provided his cellular telephone number as        -4186.

MINOR VICTIM provided two additional interviews regarding her relationship with PRINCE, one previously on January 9, 2018 at the Children's Advocacy Center,[1] and a second one on January 25, 2018.  During the course of those interviews, MINOR VICTIM disclosed that on December 27, 2017, PRINCE called an Uber for her and she was picked up from a CVS in Silver Spring, MD near her mother's home, and transported her to an area in the vicinity of another CVS, which investigation revealed was in Washington, D.C.  MINOR VICTIM stated that, once there, she met PRINCE and they walked to a nearby 7-Eleven.  After stopping at the 7-Eleven, PRINCE walked MINOR VICTIM about one block to an apartment building where PRINCE engaged in sexual intercourse with the MINOR VICTIM a total of three times in a basement room inside the building.  MINOR VICTIM disclosed that PRINCE had used a code to unlock the apartment building door.

Though MINOR VICTIM believed an Uber picked her up on December 27, 2018, investigation revealed it was a Lyft.  Lyft records for user "J Prince," with a telephone number

---

[1] The initial interview at the Children's Advocacy Center was conducted by a forensic interviewer after MINOR VICTIM had traveled from her home on December 27, 2017 to the District of Columbia.  In that interview, MINOR VICTIM disclosed that she and PRINCE had met on Tinder and were involved in a relationship.  MINOR VICTIM stated then that PRINCE was twenty-three years old and she did not want to state his name because he could get in trouble because "the police are onto him."  MINOR VICTIM stated that the police and her mother think that she and PRINCE had "had sex" and that "they didn't."  MINOR VICTIM later in the interview disclosed that PRINCE had had sex with her and that she had told the nurse at the hospital about the sex acts because she thought that she was pregnant.  MINOR VICTIM disclosed that PRINCE is aware of her true age but had "already started liking" her and cannot "just stop."  During the initial interview, MINOR VICTIM disclosed that at Christmastime, she had gotten an Uber, met PRINCE at a 7-Eleven with PRINCE, stayed overnight with PRINCE in an apartment building in a room "where the pipes are in the building," though at the time of the interview, MINOR VICTIM was unaware specifically where the apartment building was located.  MINOR VICTIM disclosed that she spent the night there with PRINCE and that she and PRINCE ate sandwiches, played cards and watched a television show.  MINOR VICTIM stated that they fell asleep and that she went home the next morning.  When MINOR VICTIM later in the interview disclosed that PRINCE had had sex with her there, she disclosed it happened in the "room with the pipes" in D.C., which MINOR VICTIM stated was not the first time that PRINCE had sex with her.  MINOR VICTIM stated she did not remember where they were the first time PRINCE had sex with her, but that he had not had sex with her in "her" building.  MINOR VICTIM stated that PRINCE had sex with her three times in the "room with the pipes" (later determined to be in the District of Columbia, as set forth above).  MINOR VICTIM stated that her "boyfriend" (later identified as PRINCE) went only by the name "Mike."

-4186, confirm that, in fact, a trip was completed on December 27, 2017 from an address of a CVS located at 1290 East West Highway in Silver Spring, MD at 12:12 am to an address of 3611 12th Street Northeast, Washington, D.C., another CVS store, at 12:30 am.  Surveillance video from a neighboring 7-Eleven located at 3700 12th St Northeast, Washington, D.C, depicted MINOR VICTIM and PRINCE entering the 7-Eleven on December 27, 2017, at approximately 12:43 am.

MINOR VICTIM stated that she returned to her residence in Silver Spring, MD in the early afternoon on December 27, 2017.  MINOR VICTIM's mother questioned MINOR VICTIM as to where she had been.  MINOR VICTIM disclosed to her mother that she had been with PRINCE, and that PRINCE had engaged in sexual acts with her.  MINOR VICTIM's mother reported the sexual contact to Montgomery County Police Department that day, and later that evening, MINOR VICTIM underwent a sexual assault examination at Shady Grove Medical Center.  According to medical records, MINOR VICTIM was admitted to the hospital at 6:00 pm, and she underwent the examination at approximately 9:30 pm.

A witness, hereinafter "W1," resides in an apartment building on 12th Street, NE in Washington, D.C., close to the 7-Eleven at which MINOR VICTIM and PRINCE stopped immediately prior to the sexual assault. W1 stated that PRINCE had lived with W1 for approximately two months between September and October, 2017.  W1 stated he provided PRINCE with the access code to the apartment building door, which otherwise remains locked, and W1 allowed PRINCE to receive mail at this apartment building.

Montgomery County Police Department conducted a forensic examination of MINOR VICTIM's cellular telephone with written consent.  Text messages recovered from the telephone

revealed that PRINCE and MINOR VICTIM engaged in a sexually explicit messaging conversation prior to meeting in the early morning hours of December 27, 2017.  The cellular telephone number PRINCE provided to law enforcement was stored as "Joshie" on MINOR VICTIM's telephone.  On the evening of December 25, 2017, PRINCE and MINOR VICTIM had the following communications:

> PRINCE: Omg I'm watching your video from today and it's making me sooo hard.
>
> PRINCE: Omg [MINOR VICTIM's first name]. I am going to do so much bad stuff to you. I can't wait.
>
> PRINCE: Baby. I don't want you to take a shower if you don't have to.
>
> MINOR VICTIM: I don't have too
>
> MINOR VICTIM: Take a shower
>
> PRINCE: I want that pussy to smell as strong and taste as strong as possible.
>
> PRINCE: Okay good.  I want that pussy to smell and taste really strong.  I'm gonna[2] clean that pussy so good with my mouth.  Imma make it clean af by licking it s
>
> PRINCE: o much
>
> PRINCE: I am wearing your underwear over my nose
>
> PRINCE: It still has some of your smell left and it gets me so fucking hard the way they have your pussy smell in them omfg [MINOR VICTIM's first name]!!!
>
> PRINCE: I really love how the skincon my cock is sooooo soft af after being inside you. Your pussy has magic healing powers.
>
> MINOR VICTIM: [Heart emoji]
>
> PRINCE: Sometimes I wish that when I'm about to cum that I could just grab you so tightly and pull so close to me while I just keep pushing in and out ove

---

[2] All text abbreviations and typographical errors included in quoted text language are original.

PRINCE: r and letting all of my cum explode inside you while I hold you so close and slam that pussy in and out.

PRINCE: Then giving it one final push in deeply all the way as I squirt ny last bit of cum all over deep inside your sexy pussy making you pregnant.

PRINCE stated a little later in the conversation:


PRINCE: I want you to push the underwear inside your pussy before you go to sleep and sleep like that with them pushed inside you halfway.

PRINCE: And what about my engagement ring baby? Are you gonna give it to me sweatheart?

MINOR VICTIM: Yes I don't have it with me but I'll give it to you this week

MINOR VICTIM: Is it ok if when we meet I'm in my pjs

PRINCE: I love you [MINOR VICTIM's first name]. I love you so much.  Don't you ever forget that.  And I want you to know that I really really like you and love you a lotvand I really d

PRINCE: on't want to lose my attraction to you [MINOR VICTIM's first name]

PRINCE: That is okay babe.

MINOR VICTIM: Are you sure love

PRINCE: [MINOR VICTIM's first name]…

MINOR VICTIM: Yes

PRINCE: Yes I am sure… … You need to be in something that you can pull back up fast in case you need to.

PRINCE: So pjs are good for that.

MINOR VICTIM: Ok

MINOR VICTIM: Bring the shirt I want of urs

PRINCE: Do you have the underwear?

MINOR VICTIM: Yes

PRINCE: Okay.

MINOR VICTIM: Love you baby

PRINCE: I want you to rub them all over your pussy and all over your ass hole okay

MINOR VICTIM: Ok daddy

PRINCE: Remember that I love you smell so much that I love the way your ass smells too.

PRINCE: I want to lick your ass babe.

PRINCE: You wanna feel my tounge on your ass babe?

PRINCE: Baby

MINOR VICTIM: Mmmm yesssss

MINOR VICTIM: Yes

PRINCE: You said whatever I want…

PRINCE: Omg

MINOR VICTIM: Yes

PRINCE: If you break your promise then imma get another girl. I won't leave you but i will get another girl so don't break your promise.

PRINCE: I don't want another girl

PRINCE: So i really don't want you to break your promise

PRINCE: Can I lick your ass and pussy for an hour nonstop?

MINOR VICTIM: Mmm yes

PRINCE: Omg I want that sooo bad [MINOR VICTIM's first name].

In the early morning hours of December 26, 2017, PRINCE reiterated to MINOR VICTIM that he did not want her to shower prior to their encounter because he wanted her underwear to smell strong.  PRINCE went on to talk to MINOR VICTIM about his son, and stated that "he is

your age." PRINCE disclosed in an interview that he had a 13-year-old son. PRINCE also asked MINOR VICTIM "Do you find older guys way more attractive that guys your age?"

After PRINCE and MINOR VICTIM spent the night together in Washington, D.C., the following text message communication occurred on December 27, 2017:

MINOR VICTIM: Aww go relax my love tonight you will find out if your a dad

PRINCE: What?

PRINCE: Why do you say that lol

MINOR VICTIM: Bc I'm getting my self a pregnancy test today

PRINCE: [MINOR VICTIM's first name]. Lol. It won't show up after just one noggt babycc

PRINCE: Just one night*

A few hours later, PRINCE and MINOR VICTIM exchanged the following text message communication:

MINOR VICTIM: BABY THIS IS SERIOUS

MINOR VICTIM: IM AT THE HOSPITAL[3]

PRINCE: What

PRINCE: What

PRINCE: What the fuck [MINOR VICTIM's first name].

PRINCE: Call me.

MINOR VICTIM: AND THEY HAVE TO DO A SPERM CHECK I CLEANED IT WELL BUT STILL WORRIED

---

[3] This text message was contemporaneous with the sexual assault examination completed as described above.

PRINCE and MINOR VICTIM continued to communicate about the hospital visit. PRINCE asked MINOR VICTIM to keep him posted, and he texted, "If they notice you look sore and red tell them you were touching yourself."

On January 11, 2018, MINOR VICTIM ran away from her mother while the two were running an errand.  In the early morning hours of January 12, 2018, MINOR VICTIM contacted PRINCE and sent him a screen shot of her location.  PRINCE called Barwood Taxi, and he arranged for a taxi to pick up MINOR VICTIM in Montgomery County, MD and transport her to Arlington, VA.  Upon her arrival, PRINCE paid the taxi driver in cash, and MINOR VICTIM and PRINCE entered the Lancaster apartment building located at 1830 Columbia Pike, Arlington, VA.

MINOR VICTIM stated in her interview on January 13, 2018 that she and PRINCE went to the basement bathroom of the building to spend the night.  On January 12, 2018, PRINCE engaged in sexual intercourse with MINOR VICTIM in the basement bathroom.

The dispatch records for Barwood Taxi confirmed that "Josh" ordered a taxi from telephone number          -4186.  The pickup location was an intersection in Montgomery County, MD, and the drop off location was an address in Arlington, VA.  The taxi driver was interviewed, and he confirmed that he picked up a tall, bald female,[4] and he transported her to 1830 Columbia Pike, Arlington, VA.  The driver corroborated that the female exited the car, and a male approached the taxi and paid for the ride.

Video surveillance for the Lancaster apartment building captured MINOR VICTIM entering the building at approximately 02:30 am on January 12, 2018, and PRINCE went outside

---

[4] MINOR VICTIM does, in fact, have a shaved head.

to the taxi.  Additionally, the video surveillance captured MINOR VICTIM and PRINCE entering the basement bathroom at approximately 02:33 am on January 12, 2018.  PRINCE and MINOR VICTIM remained in the bathroom until 09:35 am on January 12, 2018.

On January 13, 2018, MINOR VICTIM was recovered in Washington, D.C. as set forth above.  MINOR VICTIM underwent a sexual assault examination at Children's Hospital that evening.

On January 16, 2018, PRINCE was arrested in Montgomery County, MD on charges from Arlington County Police Department relating to carnal knowledge of a 13-14 year old as a result of having engaged in sexual acts with MINOR VICTIM on January 12, 2018 in Virginia.  On January 24, 2018, PRINCE was extradited to Arlington County.  Authorities advised PRINCE of his Miranda rights, which he waived, and PRINCE was interviewed.  During the interview, PRINCE denied ever having sex with MINOR VICTIM.

Arlington County Police Department obtained a search warrant for PRINCE's DNA, and they collected a buccal swab from PRINCE on January 16, 2018 in order to compare it to any DNA recovered from the sexual assault examination.

_____
Special Agent Laura Calvillo
Federal Bureau of Investigation

Subscribed and sworn to before me this ____ day of February, 2018.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE